# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**VS.**　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**Case Number: M-23-220-SM**
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**Andy Zheng**　　　　　　　　　　　　)
**Defendant**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## ORDER APPOINTING INTERPRETER

IT IS HEREBY ORDERED that _____**IDA SHAW**_____ is appointed as

interpreter for the defendant(s) herein under the provisions of the Criminal Justice Act, 18 U.S.C. 3006A,

and the Court Interpreters Act, 28 U.S.C. 1827, et seq., to render necessary interpretive services herein.

Friday, April 21, 2023
Date

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

SR-11-2015