# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **VS.** | ) |
| | ) |
| | ) **Case Number: M-23-220-SM** |
| | ) |
| | ) |
| **Andy Zheng** | ) |
| **Defendant** | ) |
| | ) |

### WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this Court

A Magistrate Judge has informed me of my rights to a preliminary hearing under Fed. R. Crim. P. 5,

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.

_____
Defendant

4/21/2023
Date

_____
Attorney for Defendant