AO 442 (Rev. 11/11) Arrest Warrant

11540524

2364-0407-0744-J

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Andy Zheng | )<br>)<br>)<br>)<br>)<br>)   Case No.   M-23-220   -SM |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Andy Zheng

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Drug Conspiracy

Date: April 7, 2023

*Issuing officer's signature*

City and state:    Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____  ARRESTED ON: __04/21/2023__

*Arresting officer's signature*

WITHIN THE __W__ DISTRICT OF __OK__

*Printed name and title*

BY: __FBI__